UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GARY POCHE (DOC # 120409)      CIVIL ACTION

VERSUS      NUMBER 05-974-FJP-DLD

POSTMISTRESS JEAN RODRIGUEZ, ET AL.

### O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the plaintiff's action shall be DISMISSED, without prejudice, as a result of his failure to effect timely service upon the defendants as mandated by Rule 4 of the Federal Rules of Civil Procedure.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, February _19_, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45839